|                                       |                          |
| :------------------------------------ | :----------------------- |
| UNITED STATES DISTRICT COURT          |                          |
| DISTRICT OF PUERTO RICO               |                          |
| UNITED STATES OF AMERICA,             |                          |
|     Plaintiff,                        | Crim. No. 05-429 (JAF)   |
|     v.                                |                          |
| DAVID ALBERTO PAGAN-CIURO (34),       |                          |
|     Defendant.                        |                          |

**O R D E R**

**I.**

The Defendant, David Alberto Pagán-Ciuro, is charged, along with sixty-five other individuals, in a one-count Indictment for having joined a conspiracy to possess with intent to distribute five kilograms or more of cocaine, fifty grams or more of crack cocaine, one kilogram or more of heroin, and measurable amounts of marihuana. The facts of the case took place in the town of Santa Isabel and the city of Ponce, both located in the Southern part of the island of Puerto Rico.

The Indictment alleges that the members of the conspiracy purchased and sold narcotics from different locations in and around Santa Isabel and Ponce, including several wards or "barrios" and housing projects.  Drug distribution points were established which could only be operated by authorization from the leaders of the conspiracy.  The operation of these drug distribution points would

Criminal No. 05-429 (JAF)                                         -2-

pay rental to the leaders in exchange for their franchise-type operations in the distribution locations.

The Indictment also alleges that the members of the conspiracy would possess firearms in order to protect themselves, the narcotics, and the drug proceeds from other competing drug organizations. There are specific allegations that firearms were possessed within one-thousand feet from public schools. The Indictment also alleges that this was a violent organization that would engage in beatings and the killing of individuals intervening with the swift operation of the narcotics distribution organization.

Defendant David Alberto Pagán-Ciuro is described in the Indictment as a runner and drug processor. He is charged in a specific overt act with having possessed a loaded nine millimeter pistol with two magazines. He is also described as having drug dealings with one of the leaders and organizers, Jason Reyes-Miranda, regarding the purchase of crack cocaine.

The areas of Santa Isabel and Ponce have been the object of intense law-enforcement efforts by both Commonwealth and Federal law-enforcement authorities. The court takes judicial notice of the fact that large-scale narcotics trafficking and related violent incidents are a common occurrence in this area of Southern Puerto Rico.

The Defendant has had several incidents involving criminal conduct, ranging from arrests for controlled substances and illegal firearms offenses to a felony charge of domestic violence. The

Criminal No. 05-429 (JAF)                                                    -3-

Pretrial Services Department conducted a background investigation on Defendant and recommended to the court that he be detained without bail, inasmuch as he represents a danger to the safety of the community, there being no condition of combination of conditions that would eliminate that risk or the reasonable risk of failure to appear at future judicial proceedings.

An Initial Detention Hearing was held before a magistrate judge of this court. Counsel for the Defendant conceded to the magistrate judge that as of the date in which that hearing was held, December 14, 2005, he had no evidence to rebut the presumption that the Defendant would flee or pose a danger to another person or the community. The presiding magistrate found the Defendant to pose a danger to persons or the community in the context of the Bail Reform Act.

**II.**

The Defendant requested a de-novo bail hearing which was held on March 27, 2006. At the hearing, the Defendant presented no evidence. The government presented the testimony of a police officer and proceeded to proffer some of the information appearing from the Indictment, the fact that there are several informants or cooperating witnesses ready to testify at trial in support of the charged conduct, and also the fact that during an execution of a search warrant conducted by the Puerto Rico police during the period of the charged conspiracy, Defendant was found to be in possession of a

Criminal No. 05-429 (JAF)                                                    -4-

stolen nine-millimeter pistol and was observed by a police agent distributing narcotics and associating himself with one of the leaders in this conspiracy, Luis E. Santiago-Báez.

It is not difficult to conclude for the purposes of bail analysis that the sixty-six known members of this conspiracy, in operation from 1998 until 2005, engaged in narcotics trafficking in kinds and amounts of narcotics that trigger a statutory minimum imprisonment term of at least ten years with a maximum of life imprisonment. When one further considers Defendant's history of arrests and convictions, his association with leaders of the conspiracy, and his possession of a stolen firearm, the rebuttable presumptions established by law are strengthened against the Defendant.

In this case, the Defendant has advanced no facts or circumstances to this court that would detract from the presumption that bail should be denied. Evidently, the Defendant poses a danger to the safety of the community where he lives and to persons who may testify as witnesses in this case. The court will not take any chance of harm to persons or the community motivated by the criminal element behind this huge conspiracy that has greatly affected the quality of life and the tranquility of Santa Isabel and Ponce.

The Defendant will remain detained without bail pending trial.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 27th day of March, 2006.

Criminal No. 05-429 (JAF)                                                -5-

```
1                                               S/José Antonio Fusté
2                                                JOSE ANTONIO FUSTE
3                                             Chief U. S. District Judge
```